IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| Keith Lawford Washington, | : | CASE NO. 18-65775-JRS |
| | : | |
| Debtor. | : | |
| | : | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for 752 North Highland, LLC ("752 North Highland"), a creditor and party-in-interest herein, and, pursuant to 11 U.S.C. §§ 342 and 1109(b) and FED. R. BANKR. P. 2002, 9007, and 9010, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon 752 North Highland by and through:

Samantha L. Tzoberi, Esq.
Kitchens Kelley Gaynes, P.C.
Glenridge Highlands One, Suite 800
5555 Glenridge Connector
Atlanta, Georgia 30342

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone electronically or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance and Demand for Service of Papers shall not be deemed or construed as 752 North Highland's (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding so eligible in this case or in any case, controversy, or proceeding related to this case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue to this proceeding or any related proceeding; or (e) waiver of any other rights or claims, actions, defenses, setoffs, or recoupments, which 752 North Highland has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments 752 North Highland expressly reserves. This Notice of Appearance and Demand for Service of Papers is not, and shall not be construed to be, a consent by 752 North Highland pursuant to 28 U.S.C. § 157(c)(2).

Dated: October 11, 2018.

Respectfully submitted,

**KITCHENS KELLEY GAYNES, P.C.**

/s/ Samantha L. Tzoberi
Samantha L. Tzoberi
Georgia Bar No.140809
E-mail: stzoberi@kkgpc.com
Glenridge Highlands One
Suite 800
5555 Glenridge Connector
Atlanta, Georgia 30342
Telephone: (404) 237-4100
Facsimile: (404) 364-0126

*Attorneys for 752 North Highland, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed a copy of the following **NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR SERVICES OF PAPER** with the Clerk of Court using the CM/ECF system, which will electronically serve a copy on all counsel of record and by depositing same in the United States Mail with first class postage properly affixed and addressed as follows:

Keith Lawford Washington
297 East Paces Ferry Road NE, Apt. 1307
Atlanta, GA 30305

Matthew J. Tokajer, Esq.
Jones & Walden, LLC
21 Eighth Street, N.E.
Atlanta, Georgia 30309

Neil C. Gordon, Esq.
Arnall, Golden & Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363

This 11th day of October 2018.

/s/ *Samantha L. Tzoberi*
Samantha L. Tzoberi
Georgia Bar No.140809
E-mail: stzoberi@kkgpc.com
**KITCHENS KELLEY GAYNES, P.C.**
Glenridge Highlands One
Suite 800
5555 Glenridge Connector
Atlanta, Georgia 30342
Telephone: (404) 237-4100
Facsimile: (404) 364-0126

*One of the Attorneys for 752 North Highland, LLC*